IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05 – 73 – UNA |
| JAMES L. FRIEND, | : |
| Defendant. | : REDACTED |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about May 23, 2005, in the State and District of Delaware, the defendant herein, JAMES L. FRIEND, did knowingly possess with the intent to distribute mixtures and substances containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____       Dated: July 26, 2005
Adam Safwat
Assistant United States Attorney

FILED

JUL 26 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE