## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                  :
                                           :
                   Plaintiff,              :
                                           :
        v.                                 :        Criminal Action No. 05- 73 - UNA
                                           :
JAMES L. FRIEND,                           :
                                           :
                   Defendant.              :

### MOTION AND ORDER FOR BENCH WARRANT

**NOW COMES** the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant

United States Attorney for the District of Delaware, and hereby moves that the Court issue a

warrant for the arrest of JAMES L. FRIEND.   This motion is based upon the Indictment lodged

against the defendant on July 26, 2005, in the above-referenced case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
    Adam Safwat
    Assistant United States Attorney

Dated: July 26, 2005

* * *

**AND NOW,** to wit, this _24_ day of July, 2005, upon the foregoing Motion, **IT IS**

**HEREBY ORDERED** that a warrant for the arrest of the defendant be issued.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

```
F I L E D

   JUL 2 6 2005

  U.S. DISTRICT COURT
 DISTRICT OF DELAWARE
```