IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )   Cr. Action No. 05-73 |
| JAMES FRIEND, | ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

   ___ Crime of violence (18 U.S.C. § 3156)

   ___ Maximum sentence life imprisonment or death

   _X_ 10+ year drug offense

   ___ Felony, with two prior convictions in above categories

   ___ Serious risk defendant will flee

   ___ Serious risk obstruction of justice



FILED

AUG 2 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain    defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   \_\_\_   Defendant's appearance as required

   _X_   Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e).  (If yes) The presumption applies because (**check one or both**):

   _X_   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   \_\_\_   Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   \_\_\_   At first appearance

   _X_   After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of \_\_\_days (not more than 10) so that the appropriate officials can be notified since:

   1.   At the time the offense was committed the defendant was:

      \_\_   (a) on release pending trial for a felony;

   —  (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

   —  (c) on probation or parole for an offense.

2. ___ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. ___ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this _2nd_ day of _August_, 2005.

        COLM F. CONNOLLY
        United States Attorney

        BY: _____
        Shannon T. Hanson
        Assistant U. S. Attorney