AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____    District of    _____DELAWARE_____

UNITED STATES OF AMERICA

V.

JAMES L. FRIEND

**WARRANT FOR ARREST**

Case Number:   CR 05-73-UNA

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     _____JAMES L. FRIEND_____
                                                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complain    ☐ Order of court      Violation          Probation Violation Petition

charging him or her      (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE HEROIN

in violation of     _____21_____ United States Code, Section(s) _____841(a)(1) and (b)(1)(C)_____

Peter T. Dalleo                                                    Clerk, United States District Court
Name of Issuing Officer                                   Title of Issuing Officer

BY: /s/ [signature]; Deputy Clerk                    7/27/ 2005 in Wilmington, DE
Signature of Issuing Officer                              Date and Location

Bail fixed at $ _____ by _____
                                                                                      Name of Judicial Officer

[Stamp: 2005 AUG -3 AM 9:20]

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

James Friend

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-27-05 | | |
| DATE OF ARREST | William David, DUSM | William David |
| 8-2-05 | | |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                         _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____