Swartz Campbell LLC
300 Delaware Avenue
Suite 1130
P.O. Box 330
Wilmington DE 19899

voice (302) 656-5935
facsimile (302) 656-1434
jgabay@swartzcampbell.com
www.swartzcampbell.com

**Joseph A. Gabay**
*Attorney at Law*

August 3, 2005

Dr. Peter T. Daleo
Clerk of the Court
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    United States v. James Friend
             CR05-73 JJF

Dear Mr. Daleo:

    I have been appointed to represent Mr. Friend in the above-captioned matter. I am writing to request that this case be reassigned from Judge Farnan.

    Judge Farnan serves as a Trustee for Wilmington College, where I also serve as General Counsel. As such, I believe this creates a conflict.

    Thank you for your attention to this request. Please do not hesitate to contact my office should you have any questions or concerns.

                    Very truly yours,

                    /s/ *Joseph A. Gabay*

                    Joseph A. Gabay

JAG/td