*FILED IN OPEN COURT 8/8/05.*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>       Plaintiff, )<br>  )<br>  ) CASE NO. CR05-73<br>   vs. )<br>  )<br> JAMES L. FRIEND )<br>  )<br>       Defendant. ) | |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on AUGUST 8, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until SEPTEMBER 30, 2005. The time between the date of this order and SEPTEMBER 30, 2005 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED
AUG 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE