OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

August 11, 2005

Joseph A. Gabay
Swartz Campbell Detweiler
919 Market Street, Suite 1700
P.O. Box 330
Wilmington DE 19801

      RE: U.S.A. v. James L. Friend
           CR 05-73-1-JJF

Dear Mr. Gabay:

    Enclosed is a copy of the Court's order appointing you counsel under the Criminal Justice Act in the above criminal case. This appointment requires representation of the defendant for all proceedings in this Court. When the proceedings in this Court are completed, the attached voucher should be submitted to this office <u>within 45 days</u>, with the enclosed worksheets, for approval of payment. Please complete box 21, Case Disposition, using the Case Disposition Codes provided.

    If an appeal is taken in this matter the Court of Appeals will generally appoint you to represent the defendant for the appellate proceedings. The Clerk of the 3rd Circuit Court of Appeals will issue another CJA voucher for service rendered in their Court. If the Notice of Appeal is filed and you wish to withdraw as counsel, please address said motion to the Clerk, 3rd Circuit Court of Appeals.

                                   Sincerely,
                                   PETER T. DALLEO, CLERK
                                   BY: _____
                                           Deputy Clerk

PTD/mdm
enclosure

cc: AUSA, Adam Safwat
    US Probation
    US Marshal

FILED
AUG 1 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE