**JOSEPH A. GABAY**
Attorney At Law

Email Address:
jag@maronmarvel.com

**1300 N. BROOM STREET**
**WILMINGTON, DELAWARE 19806**
**(302) 425-5177 | (302) 425-0180** *fax*

*Mailing Address:*
**P.O. Box 288**
**Wilmington, Delaware 19899**

September 12, 2005

The Honorable Sue L. Robinson
Chief Judge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

     **Re:**  **United States v. James Friend**
        **Cr. A.  No. 05-73**

Dear Judge Robinson:

   This is to confirm that we have scheduled a change of plea hearing for 1:30 p.m. on September 23, 2005.

          Respectfully,

          MARON & MARVEL, P.A.

          /s/ *Joseph A. Gabay*

          Joseph A. Gabay

JAG/td
cc:  James Friend
    Adam Safwat, AUSA
    Clerk of Court