IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-073-SLR |
| | ) |
| JAMES FRIEND, | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this *12th* day of September, 2005, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Friday, September 23, 2005** at **1:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **September 23, 2005** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                                           /s/ Sue L. Robinson
                                           United States District Judge