

**MARON & MARVEL, P.A.**

JOSEPH A. GABAY
Attorney At Law

Email Address:
jag@maronmarvel.com

1300 N. BROOM STREET
WILMINGTON, DELAWARE 19806
(302) 425-5177 | (302) 425-0180 *fax*

*Mailing Address:*
P.O. Box 288
Wilmington, Delaware 19899

December 16, 2005

The Honorable Sue L. Robinson
United States District Court
District of Delaware
840 N. King Street
Wilmington, DE 19801

    Re:    **United States v. James Friend**
              1:05CR00073-001 SLR

Dear Judge Robinson:

    This is to advise the Court that the defense has no objection to the report prepared by Walter P. Matthews, III, of the U.S. Pre-Sentence Office.

    Thank you for your attention to this matter.

                                         Respectfully,

                                         /s/ *Joseph A. Gabay*

                                         Joseph A. Gabay

JAG/td
cc:    Adam Safwat, AUSA