IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                  )<br>                        Plaintiff,                       )<br>        vs.                                                    )     Criminal Action No. 05-73-SLR<br>                                                                  )<br>JAMES FRIEND                                   )<br>                                                                  )<br>                        Defendant.                 ) | |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, James Friend, pursuant to 18 U.S.C. §§ 3143(a) and 3148(b), and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of the supervised release petition. In support of the motion, the United States alleges that the defendant cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to flee or pose a danger to any other person in the community if released. The United States further alleges that the defendant cannot demonstrate that he is able to abide by any condition or combination of conditions of release.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By: _/s/ David L. Hall_
David L. Hall
Assistant United States Attorney

Dated: April 16, 2007

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal Action No. 05-73-SLR |
| ) | |
| JAMES FRIEND              ) | |

I, Sharon Bernardo, an employee of the United States Attorney's Office, hereby certify that on April 16, 2007, I electronically filed the foregoing:

**MOTION FOR DETENTION**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

    Eleni Kousoulis, Esquire
    Federal Public Defender's Office
    First Federal Plaza, Suite 110
    704 King Street
    Wilmington, DE   19801
    ecf_ek@msn.com

*/s/ Sharon Bernardo*