IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-073-SLR |
| | ) |
| JAMES FRIEND, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 17th day of April, 2007,

IT IS ORDERED that the hearing to consider revocation of supervised release is scheduled for **Tuesday, April 24, 2007** at **11:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                                     United States District Judge