# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                )
                                       )
      v.                             )    Criminal Action No. 05-00073-SLR
                                       )
JAMES L FRIEND,                        )
                                       )
            Defendant.                )


## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney David L. Hall as

attorney of record on behalf of the United States of America, and enter the appearance of

Assistant United States Attorney Sophie E. Bryan.


                                          /s/
                                     Sophie E. Bryan
                                     Assistant United States Attorney
                                     United States Attorney's Office
                                     1007 Orange Street, Suite 700
                                     P.O. Box 2046
                                     Wilmington, DE 19899-2046
                                     (302) 573-6277
                                     sophie.bryan@usdoj.gov


Dated:   April 17, 2007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-00073-SLR |
| | ) |
| JAMES L. FRIEND, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby certify that on the 17th day of April 2007, I caused to be filed electronically the foregoing Notice with the Clerk of the Court using CM/ECF, which will be available for public viewing and downloading. I further certify that a copy of the foregoing notice was served electronically on counsel of record as follows:

> Edson A. Bostic, Esquire
> Federal Public Defender, District of Delaware
> 704 King Street, Suite 110
> Wilmington, DE 19801

> _/s/_____
> Sophie E. Bryan
> Assistant United States Attorney
> United States Attorney's Office
> 1007 Orange Street, Suite 700
> P.O. Box 2046
> Wilmington, DE 19899-2046
> (302) 573-6277
> sophie.bryan@usdoj.gov