AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

JAMES FRIEND

**WARRANT FOR ARREST**

Case Number: 05-CR-073-01-SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JAMES FRIEND
                                      _____
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

Violation of Conditions of Supervised Release

in violation of Title _____ United States Code, Section(s) _____

**PETER T. DALLEO**
Name of Issuing Officer

BY: *Francesca Iassone, Deputy Clerk*
Signature of Issuing Officer

**CLERK OF COURT**
Title of Issuing Officer

4/12/07        at Wilmington, Delaware
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

James Friend

| DATE RECEIVED 4/12/07 | NAME AND TITLE OF ARRESTING OFFICER Toby M. Conrad  DUSM | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 4/16/07 | | |