PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
    )
        Plaintiff,    )
    )
       vs.    )    Criminal Action No. 1:05-CR-073-001-SLR
    )
James Friend,    )
    )
        Defendant.    )

### Petition on Probation and Supervised Release

COMES NOW Craig H. Carpenter Probation Officer of the Court presenting an official report upon the conduct and attitude of James Friend , who was placed on supervision by the Honorable Sue L. Robinson , sitting in the court at Wilmington, Delaware  on the 24th  day of April, 2007, who fixed the period of supervision at one (1) year , and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug treatment program which may include urine testing.
2. The defendant shall participate in a vocational training program as directed by the probation officer.
3. The defendant shall participate in the Work Force Development Program as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

As indicated in the presentence report the defendant has a history of mental health problems.  The defendant has signed a waiver to modify the conditions of supervised release to add a mental health condition.  The probation officer wants to re-refer the defendant to Keith Kaut, a therapist, who provides treatment for the dually diagnosed.  The U.S. Probation Office believes mental health counseling will assist Mr. Friend  in his daily activities while at liberty in the community.

**PRAYING THAT THE COURT WILL ORDER ...**the conditions of supervised release be modified by adding a condition of mental health treatment.

**ORDER OF COURT**

So ordered this __5th__
day

of _December_ 2007.

_____
U. S. District Court Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Senior U.S. Probation Officer

Executed on    December 5, 2007

Place    Wilmington, Delaware

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF DELAWARE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**1.** The defendant shall participate in a program of mental health, which may include anger management and/or testing, as directed by the U.S. Probation Office.

**2.** The defendant shall not operate a motor vehicle without being properly licensed and insured.

Witness: _____        Signed: X _____
      U.S. Probation Officer            Probationer or Supervised Releasee

_____
10/18/07
DATE