PROB 12
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 1:05-CR-073-001-SLR |
| | ) |
| James Lee Friend, | ) |
| | ) |
| Defendant. | ) |

Petition on Probation and Supervised Release

    COMES NOW John G. Selvaggi Probation Officer of the Court presenting an official report upon the conduct and attitude of James Friend, who was placed on supervision by the Honorable Sue L. Robinson, sitting in the court at Wilmington, Delaware on the 24th day of April, 2007, who fixed the period of supervision at one (1) year, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug treatment program which may include urine testing.
2. The defendant shall participate in a vocational training program as directed by the probation officer.
3. The defendant shall participate in the Work Force Development Program as directed by the probation officer.
4. The defendant shall participate in a program of mental health, which may include anger management and/or testing, as directed by the probation officer (added December 5, 2007).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

PLEASE SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** ... that a warrant be issued for the arrest of James Lee Friend, so that he can be brought before the Court to answer to the charge of violating the conditions of supervised release.

ORDER OF COURT

So ordered this ___13th___ day
of ___February___ 2008.

_____
U. S. District Court Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Deputy Chief U.S. Probation Officer

Executed on    February 12, 2008

Place    Wilmington, Delaware

<u>Condition #2:</u>  "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

**Evidence:** Mr. Friend failed to submit a monthly report for the month of January, 2008. Mr. Friend failed to report to the probation officer on February 12, 2008.

<u>Special Condition:</u> "The defendant shall participate in a drug treatment program which may include urine testing."

**Evidence:** Mr. Friend failed to appear for random drug testing appointments at SODAT on December 8, 2007, February 5, 2008, and February 8, 2008.