## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No.  05-73-SLR |
| | : | |
| JAMES FRIEND, | : | |
| | : | |
| Defendant. | : | |

### MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant,

James Friend, pursuant to 18 U.S.C. § 3148(b) and Federal Rules of Criminal Procedure

32.1(a)(6) and 46(d), pending a hearing on the violation of release petition.  In support of the

motion, the United States alleges as follows: (a) there is probable cause to believe that the

defendant has violated one or more conditions of his release; (b) that, based on the factors set

forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that

will assure that the defendant will not flee or pose a danger to the safety of any other person or

the community; and (c) that the defendant is unlikely to abide by any condition or combination of

conditions of release.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____

Lesley F. Wolf
Assistant United States Attorney

Dated: May 15, 2008